ELECTRONICALLY FILED
6/28/2018 3:50 PM
03-CV-2018-901233.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
TIFFANY B. MCCORD, CLERK

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| **THE CONE INSURANCE COMPANY, INC** | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
| **v.** | ) |
| | )    **CASE NO.:** |
| **AUTO OWNERS INS COMPANY** | ) |
| **BEAVERS RESTAURANT GROUP, INC ,** | ) |
| | ) |
|     **Defendants.** | ) |

## COMPLAINT FOR DECLARATORY JUDGMENT

### INTRODUCTION

1. This action arises from a dispute over the amount and who is responsible for the payment of certain insurance premiums.

2. The Cone Insurance Company, Inc. seeks a declaration that it is not responsible for the premiums and requests that the Court order Auto Owners Insurance Company to refund the money it took from The Cone Insurance Company and/or for Beavers to pay the premiums owed to the Cone Company.

### PARTIES

3. The Cone Insurance Company, Inc. is an Alabama corporation with it offices located in Montgomery County, Alabama. At all material time, the Cone Company was licensed by the State of Alabama to sell insurance and was licensed to sell policies for Auto Owners Insurance Company.

4. Auto Owners Insurance Company is a foreign insurance company with its Statutory Home Office located at 6101 Anacapri Blvd., Lansing, MI 48917-3999 that is licensed to sell policies in the state of Alabama.

5. Beavers Restaurant Group, Inc. is a corporation licensed to do business in the State of Alabama. Its Registered Agent for Service is Arbys, Attention John Howell, 707 D Boll Weevil Circle, Enterprise, Al 36330.

## STATEMENT OF FACTS

6. The Cone Company sold an Auto Owners policy to Beavers.

7. In accordance with the terms of the policy, Beavers' premiums were essentially estimates that would be adjusted by an audit by Auto Owners.

8. In or around July of 2017, Auto Owners conducted an audit of Beavers which, if correct, would have required Beavers to pay additional premiums.

9. Beavers disputed the audit and Auto Owners was notified of the dispute.

10. Rather than resolve the dispute with Beavers as required, Auto Owners directly drafted the disputed amount from a Cone Company Operating Account.

## COUNT I
### (DECLARATORY JUDGMENT)

11. The Cone Company realleges all paragraphs of this Complaint as if set out here in full.

12. This DJA is brought pursuant to *Ala. Code* § 6-6-220-232 and *A.R.C.P* 57 and specifically *Ala. Code* § 6-6-223 which provides for a determination any question of construction or validity arising under a contract and a declaration of rights, status, or other legal relations under the contract.

13. The Cone Company is a person interested under a written contract, or other writings constituting a contract, and whose rights, status, or other legal relations are affected by the contract.

14. A judiciable controversy exists between the parties with respect to the amount of and who is responsible for the payment of certain insurance premiums.

WHEREFORE, the Cone Company requests the Court hold a hearing and then enter a declaration that the Cone Company is entitled to be reimbursed the amount of money Auto Owners withdrew from its account; determine the amounts that either or both of the Defendants must contribute to the award; and award interest and such costs as may seem equitable and just.

*S/ Kenneth J. Mendelsohn*
Kenneth J. Mendelsohn (MEN 001)
Attorney for Plaintiff

*Defendants should be served by certified mail as follows:*

Auto Owners Insurance Company
6101 Anacapri Blvd.
Lansing, MI 48917-3999

Beavers Restaurant Group, Inc.
Arbys, Attention John Howell
707 D Boll Weevil Circle
Enterprise, Al 36330.