IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| THE CONE INSURANCE ) | |
| COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:18cv695-MHT |
| ) | (WO) |
| AUTO OWNERS INSURANCE ) | |
| COMPANY and BEAVERS ) | |
| RESTAURANT GROUP, INC., ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

Upon consideration of plaintiff Cone Insurance Company, Inc.'s motion to dismiss (doc. no. 28), it is ORDERED that the motion is granted, and plaintiff Cone Insurance Company, Inc.'s claims against defendant Auto Owners Insurance Company are dismissed with prejudice, with defendant Auto Owners Insurance Company terminated as a party to this action.

It is further ORDERED that costs are taxed against plaintiff Cone Insurance Company, Inc., for which execution may issue.

The court assumes the parties have no objection to the terms of this judgment; however, if there is an objection, the party must be filed within five business days of today.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 18th day of March, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**