IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| THE CONE INSURANCE COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:18cv695-MHT (WO) |
| BEAVERS RESTAURANT GROUP, INC., | ) ) ) | |
| Defendant. | ) | |

### JUDGMENT

Upon consideration of plaintiff The Cone Insurance Company, Inc.'s unopposed motion to dismiss (doc. no. 36), it is ORDERED that the motion is granted, and this lawsuit is dismissed in its entirety with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of September, 2019.

                                    /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**